# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-cr-01699-BAS |
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| ISRAEL ALEJANDRO GOMEZ, | |
| Defendant | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

DATED: July 3, 2014

_____
HONORABLE CYNTHIA BASHANT
United States District Judge